### COLMAN *v.* GRAETER, in Error.

*Wednesday,*
*November 16.*

DEBT against three persons. The writ was served on two only, and returned as to the other "non est inventus." *Held*, that this return, with a suggestion of it on the record, authorizes the plaintiff, in such suit, to proceed against those on whom the process is served; Stat. 1823, p. 290; but that a return of "no inhabitant" was formerly required in such cases. *Morris* v. *Knight*, ante, p. 106.—*Palmer* v. *Crosby*, ante, p. 139.